**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE PEREZ-CHAGOYA,<br><br>　　　　Defendant. | Case No.: 21-CR-0677-GPC<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable Gonzalo P. Curiel |

　　The United States of America's Motion to Dismiss the Information (ECF No. 12), without prejudice, is **GRANTED**. The Court dismisses the Complaint without prejudice.

DATED: April 15, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**Hon. Gonzalo P. Curiel**
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　Southern District of California